IN THE UNITED STATES DISTRICT COURT
FOR THE OF DELAWARE

| | | |
|---|---|---|
| OLIVE SHADE LLC | § § § | |
| Plaintiff, | § § | CASE NO. 17-CV-00689-VAC-MPT |
| v. | § § § | |
| MEPS REAL-TIME, INC. | § § | |
| Defendant. | § | |

### UNOPPOSED MOTION FOR DISMISSAL

Plaintiff Olive Shade LLC and MEPS Real-Time, Inc., pursuant to Fed. R. Civ. P. 41 (a), hereby move for an Order dismissing all claims between Plaintiff Olive Shade LLC and Defendant MEPS Real-Time, Inc. in this action WITH PREJUDICE, and all counterclaims between MEPS Real-Time, Inc. as to Olive Shade LLC WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorney's fees. Defendant consents to the filing of this motion on its behalf.

Dated: February 1, 2018

STAMOULIS & WEINBLATT LLC
*/s/ Stamatios Stamoulis*
*Stamatios Stamoulis #4606*
stamoulis@swdelaw.com
*Richard C. Weinblatt #5080*
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*/s/Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

Jean G. Vidal Font



USDC No. 227811
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: jvidal@ferraiuoli.com

*ATTORNEYS FOR PLAINTIFF
OLIVE SHADE LLC*


SO ORDERED, this ___5___ day of __February__, 2018.

_____
Judge - United States District Court